# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**

v.

**RICO PUE**

FID: 11784221

**WARRANT FOR ARREST**

Case Number: **2:25–CR–00090–CCW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **RICO PUE,**

and bring him or her forthwith to the nearest U.S. Magistrate Judge to answer a(n)

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Order of Court  ☑ Violation Notice  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Alleged violation of Pretrial Release**

in violation of United States Title:Section(s)

**N/A**

| Erika Thomas | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *Erika Thomas* | 10/09/2025   Pittsburgh |
| Signature of Issuing Officer | Date and Location |

Bond   **is not set**

**RECEIVED**
By Thomas Faherty at 4:18 pm, Oct 09, 2025

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| Date Received | Name and Title of Arresting Officer |
|---|---|
| Date of Arrest | Signature of Arresting Officer |